. 1673. HARRIS *v.* THE STATE.

HILL, C. J. The assignments of error are without substantial merit, and the verdict is supported by the evidence.        *Judgment affirmed.*

Indictment for assault and battery, from Catoosa superior court—Judge Fite. December 19, 1908.

Submitted March 9,—Decided March 16, 1909.

*William E. Mann,* for plaintiff in error.

*Thomas C. Milner, solicitor-general, Sam P. Maddox,* contra.